**GUARDIAN MEDIA TECHNOLOGIES, LTD., Plaintiff–Appellant,**

v.

**COBY ELECTRONICS CORPORATION, Defendant–Appellee,**

and

**Nintendo of America, Inc., Defendant–Cross Appellant,**

and

**Overstock.com, Inc., Defendant–Appellee,**

and

**Dell, Inc., Defendant–Appellee,**

and

**Lite–On Americas, Inc. and Lite–On Sales & Distribution, Inc., Defendants–Appellees,**

and

**Sherwood America, Inc., Defendant–Appellee.**

Nos. 2009–1577, 2009–1578.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2009.

Sharon A. Israel, Mayer Brown, LLP, Christopher A. Shield, Bracewell & Giuliani, LLP, Houston, TX, Robert M. Dato, Buchalter Nemer, Irvine, CA, William S. Coats, White & Case LLP, Palo Alto, CA, Grant E. Kinsel, Foley & Lardner LLP, Los Angeles, CA, for Defendants–Appellees.

Brent N. Bumgardner, Nelson Bumgardner Casto, P.C., Forth Worth, TX, for Plaintiff–Appellant.

*ORDER*

Upon consideration of the joint motion to dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any other pending motions are denied as moot.

(3) Each side shall bear its own costs.